IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                        MEMORANDUM

        Plaintiff,

                                        12-cr-46-bbc

    v.

ROSELLA COLLINS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

After reviewing the presentence report in this case, along with the letters from the Wisconsin Department of Revenue and Mr. DeVries, I am not prepared to proceed with sentencing this afternoon. Instead, I will use the time to discuss with counsel my concerns about the relevant conduct and restitution calculation. It is not clear to me why the Department of Revenue and Mr. DeVries were not included in the restitution calculation, along with the other persons listed in counts 1-2 and 4-10 of the indictment. It is also far from clear to me exactly how the crimes were committed and how they affected the victims. Mr. DeVries's letter suggests that the effects were more complicated than the government has suggested. Knowing more about how the victims were affected would give me a better idea of defendant's crime and its effect upon the victims.

1

Accordingly, I will use the time set aside for sentencing today to take up these questions and determine how the case will proceed. Defendant is to be present.

Entered this 28th day of August, 2013.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge