IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                    ORDER

                Plaintiff,

                               12-cr-46-bbc

    v.

ROSELLA COLLINS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The court held a telephone status conference in this case on September 5, 2013, to discuss the government's notice to the court regarding sentencing issues that have arisen in this case, dkt. #30.  The government appeared by Assistant United States Attorney Kevin Burke.  Defendant appeared by Assistant Federal Defender Kelly Welsh.

      Mr. Burke explained that the government recently received information from the Wisconsin Department of Revenue in which it stated that it had incurred a tax loss of approximately $44,000 as a result of the same conduct that caused the loss to the United States.  This new information will require the parties to research the effect, if any, that the

1

state loss may have on defendant's sentencing guidelines. Therefore, the court rescheduled the sentencing hearing to September 24, 2013, at 1:20 p.m.

Entered this 5th day of September, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge